IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GABRIEL GONZALEZ**  **PLAINTIFF**
Reg #30515-112

v.  Case No: 2:22-CV-00243-LPR

**JOHN P. YATES,**
*Warden, FCI – Forrest City*  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris and the Plaintiff's Objections.[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice. All requested relief is DENIED. Plaintiff's remaining pending motions (Docs. 16 & 17) are DENIED as moot. A certificate of appealability will not issue.

IT IS SO ORDERED this 10th day of January 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 12 & 14. The Court has also considered Plaintiff's Reply to Supplemental Response (Doc. 13), which addresses merits issues discussed in the RD and was filed within the 14-day window for objections. And the Court has even considered the arguments made in other documents filed by the Plaintiff subsequent to the RD. *See* Docs. 15, 16, & 17. To the extent these documents request that the Court take judicial notice of certain facts, the request is denied because the standards for taking judicial notice are not met. *See* Fed. R. Evid. 201.

[2] Although this case is being dismissed for failure to exhaust, the dismissal does not affect Plaintiff's ability to re-assert his claims in a new case once they have been properly exhausted with the BOP. *See United States v. Chappel*, 208 F.3d 1069 (8th Cir. 2000) (per curiam); *Mathena v. United States*, 577 F.3d 943, 946 (8th Cir. 2009).