IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GABRIEL GONZALEZ**                                                                                   **PLAINTIFF**
Reg #30515-112

v.                                          Case No: 2:22-CV-00243-LPR

**JOHN P. YATES,**
*Warden, FCI – Forrest City*                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 10th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE